UNITED STATES of America,
Plaintiff–Appellee

v.

Julio Cesar Guzman AVILA, also known as Jose Lee Garza, also known as Julian Lee Garza, also known as Julio Lee Guzman, also known as Julio Cesar Guzman, also known as Eduardo Guzman, also known as Julio Cesar Guzman–Avila, Defendant–Appellant.

No. 13–20627
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

July 21, 2014.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Timothy William Crooks, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before REAVLEY, JONES, and PRADO, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Julio Cesar Guzman Avila has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v.*

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

*Flores,* 632 F.3d 229 (5th Cir.2011). Guzman Avila has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.